IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01958-KLM

ELIZABETH A. BUTTS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kristen L. Mix on September 15, 2015 , incorporated herein by reference, it is

    ORDERED that the decision of the Commissioner that Plaintiff is not disabled is is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Elizabeth A. Butts.  It is

    FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

    DATED at Denver, Colorado this <u>15th</u> day of September , 2015.

                                             FOR THE COURT:

                                             JEFFREY P. COLWELL, CLERK

                                             <u>s/M. Ortiz</u>
                                             Deputy Clerk